Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: Laura_RK.office@speakeasy.net

Attorneys for Plaintiff Loren Burk

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| LOREN BURK, | Case No.: 1:09-CV-350-JLT |
| Plaintiff, | STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES, COSTS, AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

///

///

///

///

///

///

1  If and to the extent that the Department of the Treasury determines that
2  Loren Burk does not owe a federal debt,  IT IS ORDERED that the Commissioner
3  shall pay to Law Offices of Rholing & Kalagian, LLP, the amount of $3,389, as
4  authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced
5  Stipulation.

IT IS SO ORDERED.

Dated:   **October 6, 2010**          **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE